# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149030

DARRYL MCGORE,

     Plaintiff-Appellant,

v

BARAGA MAXIMUM CORRECTIONAL
FACILITY WARDEN and DEPARTMENT
OF CORRECTIONS DIRECTOR,

     Defendant-Appellee.

_____

SC: 149030
CoA: 320297

On order of the Chief Justice, plaintiff-appellant having failed to provide to the Court the $375 filing fee or a certified copy of institutional account as required by MCL 600.2963 (1), the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2014

jam



Clerk